**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-6260**

———————————

UNITED STATES OF AMERICA,

                      Plaintiff - Appellee,

    versus

JOHN PAUL DYKE,

                      Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CR-01-82)

———————————

Submitted: May 19, 2005           Decided: May 26, 2005

———————————

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

John Paul Dyke, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Paul Dyke appeals the district court's order denying his motion to substitute counsel. We have reviewed the record and find no reversible error. We conclude that Dyke cannot show prejudice arising from the district court's denial of his motion for appointment of counsel. See Miller v. Simmons, 814 F.2d 962, 966 (4th Cir. 1987) (stating standard of review). Accordingly, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED